On motion for rehearing. Rehearing denied.

**87-2022.** Osborne Bros. Welding Supply, Inc. v. Limbach. *Lake County,* No. 12-093. On motion for rehearing. Rehearing denied.

Moyer, C.J., Holmes and Wright, JJ., dissent.

**87-2053.** Gressman v. McClain. *Seneca County,* No. 13-85-28. On motion for rehearing. Rehearing denied.

Resnick, J., dissents.

**88-2026.** State v. Ramsey. *Warren County,* No. CA87-08-061. On motion for rehearing. Rehearing denied.

**88-2069.** State v. Manning. *Wood County,* No. WD-88-34. On motion for rehearing. Rehearing denied.

Resnick, J., not participating.

**88-2168.** Willett v. Willett. *Portage County,* No. 1924. On motion for rehearing. Rehearing denied.

## DISCIPLINARY DOCKET

**D.D. 88-11.** Cuyahoga Cty. Bar Assn. v. Siewert. On motion to extend time to pay costs. Motion granted. Respondent is to pay one half on or before April 1, 1989 and one half on or before June 1, 1989, with interest.

Douglas, J., would not assess interest.

## MISCELLANEOUS DISMISSALS

**89-18.** State v. Buggs. *Mahoning County,* No. 87 C.A. 75. *Sua sponte,* cause dismissed for want of prosecution, effective February 21, 1989.

## REHEARING DOCKET

**87-352.** State v. Gillard. *Stark County,* No. CA-6701.